UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JONATHAN O'DUFFY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MAGIC LEAP, INC., a Delaware Corporation.,<br><br>    Defendant. | Case No. 2:21-cv-01433<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1441 AND 1446** |

**TO:**     **THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON;**

**AND TO:**     **PLAINTIFF JONATHAN O'DUFFY AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to 28 USC §§1441 and 1446, Defendant Magic Leap, Inc. hereby remove to this Court the case now pending in King County Superior Court as *O'Duffy v. Magic Leap, Inc.,* Case No. 21-2-12870-6 SEA.

## STATEMENT OF FACTS

1. On September 28, 2021, Plaintiff Jonathan O'Duffy filed King County Superior Court Case No. 21-2-12870-6 SEA against Magic Leap, Inc.

NOTICE OF REMOVAL TO FEDERAL COURT
PURSUANT TO 28 U.S.C. §§ 1441 and 1446 - 1

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
701 5TH AVE, SUITE 5500
SEATTLE, WA 98101
(206) 622-2295

2. Service of the Complaint was perfected on Magic Leap, Inc. on September 30, 2021.

3. Plaintiff alleges in the Complaint that his limited use of the Magic Leap One (an augmented reality device) resulted in eye pain, declining ocular function and mental health, and diagnoses of convergence insufficiency, accommodative insufficiency, bilateral disorder of vestibular function, and unspecified focal traumatic brain injury.

4. Defense counsel understands from prior communications from Plaintiff's counsel that Mr. O'Duffy treated with multiple medical providers, undergoing numerous tests and treatment. (Decl. Saack). In October of 2019, a year after the original alleged incident, Mr. O'Duffy claimed to have ongoing issues with his eyes without improvement. (Decl. Saack). Defense counsel understands that Mr. O'Duffy also missed work, which he claims is as a result of his alleged injuries. (Decl. Saack).

5. Plaintiff alleges he suffered "significant personal injuries" and is seeking damages for "medical treatment, and incurred pain and suffering, loss of enjoyment of life, temporary and permanent impairment, lost wages, and loss of earning capacity and other damages[.]" (Compl. ¶ 28).

6. Magic Leap, Inc. has not yet filed an Answer or otherwise responded to Plaintiff's Complaint.

## GROUNDS FOR REMOVAL

As grounds for removal, Magic Leap, Inc. states as follows:

5. 28 U.S.C. § 1441(a) provides "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States . . ." This court has original jurisdiction over all civil actions where the matter in controversy exceeds $75,000 and is between citizens of different states. 28 U.S.C. § 1332 (1).

NOTICE OF REMOVAL TO FEDERAL COURT
PURSUANT TO 28 U.S.C. §§ 1441 and 1446- 2

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
701 5TH AVE, SUITE 5500
SEATTLE, WA 98101
(206) 622-2295

6. For purposes of diversity jurisdiction, a corporation is a citizen of every state in which it has been incorporated and of the state where it has its principal place of business. 28 U.S.C. § 1332 (c)(1). This action may be removed pursuant to 28 U.S.C. § 1441 because the action involves a controversy between citizens of different states, and the Defendant, in good faith, believes the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. Plaintiff was, when he filed his complaint, and is now, a citizen and resident of the State of Washington. (Complaint, ¶ 1).

8. Magic Leap, Inc. has a good faith basis to believe the plaintiff is seeking damages in excess of the jurisdictional amount based on the damages described in the Complaint for permanent impairment, medical treatment, wage loss, impairment of earning capacity, and noneconomic damages. Further, Defense counsel's prior communications from Plaintiff's counsel indicate that Plaintiff is claiming that despite treatment with multiple medical providers, his condition did not improve for at least one year after the initial incident.

9. Magic Leap, Inc., at the time of the filing of the complaint, and is now, a citizen of Delaware (its place of incorporation) and Florida (the location of its headquarters and principal place of business). (Complaint, ¶ 2).

10. At the time of the filing of the original Complaint complete diversity existed between the parties.

11. At the time of removal, complete diversity still exists between the parties.

12. In compliance with 28 U.S.C. 1446(a), attached hereto as <u>Exhibit A</u> are copies of all processes, pleadings, and orders served on or otherwise provided to Magic Leap in the King County proceeding to date.

### TIMELINESS OF REMOVAL

13. This action is timely under 28 U.S.C. § 1446(a), which provides that notice of removal must be filed within 30 days after a defendant receives, by service or otherwise, the

NOTICE OF REMOVAL TO FEDERAL COURT
PURSUANT TO 28 U.S.C. §§ 1441 and 1446 - 3

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
701 5TH AVE, SUITE 5500
SEATTLE, WA 98101
(206) 622-2295

initial pleading. Defendant received a copy of the Complaint on September 28, 2021. The time for removal does not expire until October 28, 2021.

### VENUE

14. Venue of this action is proper in the Western District of Washington as this is the district and division in which the State court action is pending. 28 U.S.C. § 1446(a).

### NOTICE OF REMOVAL TO STATE COURT

15. Magic Leap, Inc. certifies that a true and correct copy of this Notice of Removal to Federal Court will promptly be filed with the Clerk of the Superior Court of the State of Washington for King County pursuant to 28 U.S.C. § 1446(d).

### CONCLUSION

16. This Court has jurisdiction over these claims under 28 U.S.C. § 1332. Therefore, this action may be removed to this court pursuant to 28 U.S.C. §§1441 and 1446.

17. Magic Leap, Inc. reserves the right to supplement or amend this Notice of Removal.

18. If any questions arise as to the propriety of the removal of this action, Magic Leap, Inc. respectfully requests the opportunity to present a brief, with supporting evidence, and requests oral argument supporting the removal of this action.

19. This Notice of Removal in no way constitutes a waiver of any jurisdictional defenses to Plaintiff's claims; a waiver of any defense or contest to the validity and effectiveness of service of process upon any defendant; a waiver of the statute of limitations defense; or a waiver of any other defenses or challenges to the Complaint.

20. This notice of removal is signed pursuant to FRCP 11.

///

///

///

///

NOTICE OF REMOVAL TO FEDERAL COURT
PURSUANT TO 28 U.S.C. §§ 1441 and 1446- 4

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
701 5TH AVE, SUITE 5500
SEATTLE, WA 98101
(206) 622-2295

WHEREFORE, Magic Leap, Inc. prays that this civil action be removed from the Superior Court of the State of Washington for the County of King to the United States District Court for the Western District of Washington.

DATED this 20th day of October, 2021.

        DAVIS ROTHWELL
        EARLE & XÓCHIHUA, PC

        */s/ Amy Saack*
        William A. Davis, WSBA #14020
        wdavis@davisrothwell.com
        John E. Moore, WSBA #45558
        jmoore@davisrothwell.com
        Amy L. Saack, WSBA #53923
        asaack@davisrothwell.com
                Of Attorneys for Defendant

NOTICE OF REMOVAL TO FEDERAL COURT
PURSUANT TO 28 U.S.C. §§ 1441 and 1446- 5

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
701 5TH AVE, SUITE 5500
SEATTLE, WA 98101
(206) 622-2295

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2021, I caused the foregoing document to be sent via email and first class mail, and to be filed with the Clerk of the United States District Court for the Western District of Washington using the CM/ECF Filing System which will send notification of such filing to:

*Plaintiff's Counsel*
Patrick Cook, WSBA #28478
Caroline Golshan, WSBA #56635
Walthew, Thompson, Kindred, Costello, Winemiller & Cook, P.S.
PO Box 34645
Seattle, WA 98124-1645
pcook@walthew.com
cgolshan@walthew.com

*Of Attorneys for Plaintiffs*

EXECUTED this 20th day of October, 2021, at Portland, Oregon.

 /s/ Geannie M. Sehorn
Geannie M. Sehorn, Legal Assistant

NOTICE OF REMOVAL TO FEDERAL COURT
PURSUANT TO 28 U.S.C. §§ 1441 and 1446 - 6

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
701 5TH AVE, SUITE 5500
SEATTLE, WA 98101
(206) 622-2295