UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JONATHAN O'DUFFY, an individual,<br><br>               Plaintiff,<br><br>vs.<br><br>MAGIC LEAP, INC., a Delaware Corporation.,<br><br>               Defendant. | Case No. 2:21-cv-01433<br><br>**ORDER EXTENDING TIME** |

The Court, being fully advised in the premises, hereby ORDERS:

Defendant Magic Leap, Inc., filed a stipulated motion for an extension of time in which to respond to plaintiff's complaint. Dkt. # 8. Although the motion was not signed by an attorney who has appeared in the case, the response deadline is hereby extended to November 10, 2021.

Dated this 27th day of October, 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE