1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN O'DUFFY,

             Plaintiff,

      v.

MAGIC LEAP, INC.,

             Defendant.

Cause No. C21-1433RSL

ORDER COMPELLING
ARBIRATION AND
STAYING THE CASE

      This matter comes before the Court on "Defendant's Amended Motion to Compel Arbitration." Dkt. # 26. The parties agree that the above-captioned matter should be stayed while the parties proceed to arbitration to determine the gateway issue of arbitrability and, if appropriate, to arbitrate their dispute. The motion is therefore GRANTED.

      The Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. The parties shall, within fourteen days of the completion of arbitration, submit a Joint Status Report setting forth the parties' recommendations for a new trial date and completion of discovery or, in the alternative, a notice that the matter has been resolved.

ORDER COMPELLING ARBITRATION
AND STAYING THE CASE  - 1

1     Dated this 22nd day of March, 2022.

2

3

4                        Robert S. Lasnik

5                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER COMPELLING ARBITRATION
AND STAYING THE CASE  - 2