UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN O'DUFFY, an individual,<br><br>                        Plaintiff,<br>vs.<br><br>MAGIC LEAP, INC., a Delaware corporation,<br><br>                        Defendant. | Cause No. C21-1433RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREDJUDICE** |

### I.    STIPULATION

COME NOW the parties, by and through their respective attorneys of record and hereby stipulate and agree that the above-entitled action has been resolved and that, accordingly, the following order of dismissal with prejudice and without attorneys' fees or cost to any of the parties may be entered by the Court.

Dated this 5th day of April, 2024

DAVIS ROTHWELL EARLE & XÓCHIHUA, PC

By:    s/ Amy Saack
William A. Davis, WSBA #14020
wdavis@davisrothwell.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1



MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

|   |   |
|---|---|
| 1 | John E. Moore, WSBA #45558 |
|   | jmoore@davisrothwell.com |
| 2 | Amy L. Saack, WSBA #53923 |
|   | asaack@davisrothwell.com |
| 3 | 701 5th Ave, Ste 5500 |
|   | Seattle, WA 98101 |
| 4 | P. 206.622.2295 |
| 5 | Attorneys for Defendant |
| 6 | MAXWELL GRAHAM, PS |
| 7 | By: ___s/ Tricia O'Konek___ |
|   | Michael A. Maxwell WSBA No. 21781 |
| 8 | mmaxwell@maxwellgraham.com |
|   | Tricia O'Konek WSBA No. 60430 |
| 9 | tokonek@maxwellgraham.com |
|   | 535 E. Sunset Way |
| 10 | Issaquah, WA 98027 |
|   | P. 206.527.2000 |
| 11 |   |
| 12 | Attorneys for Plaintiff |

## II.  ORDER

Pursuant to the foregoing Stipulation, the Court hereby ORDERS that the above-entitled action is DISMISSED in its entirety, with prejudice, and without attorneys' fees or cost to any of the parties.

DATED this 8th day of April, 2024.



Robert S. Lasnik
U.S. District Judge

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM